# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SYSCO MINNESOTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEAMSTERS LOCAL 120, <br><br> Defendant. | Case No. 0:17-cv-05162-PAM-BRT <br><br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a Judgment (Docket No. 63) and an Amended Judgment (Docket No. 97) were entered in the above action on October 29, 2018 and July 21, 2020, respectively, in favor of Plaintiff, Sysco Minnesota, Inc. and against Defendant, Teamsters Local 120 in the amounts of:

1. $1,238,315.00 for judgment;
2. $25,487.92 for prejudgment interest; and
3. $7,973.35 for costs
   **$1,271,776.27 TOTAL**

and such judgments having been fully paid, with interest to date, **for a total sum of $1,331,475.20**, and it is certified that there is no outstanding execution with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of judgment is acknowledged, and the Clerk of Court is authorized and requested to make an entry in the docket of the full and complete satisfaction of these judgments.

2

Dated: <u>August 24, 2020</u>          Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

<u>*s/ Bruce J. Douglas*</u>
Bruce J. Douglas, MN #023966
Hal A. Shillingstad, MN #195777
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612.339.1818
Facsimile:  612.339.0061
bruce.douglas@olgetree.com
hal.shillingstad@olgetree.com

**Attorneys for Plaintiff**
**Sysco Minnesota, Inc.**

43745326.1